

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Corrine Augustine Hill Shearer and Sam Hill, Appellants

No. 06-12-00096-CV          v.

David Shearer, Independent Administrator of the Estate of John William Shearer III, Deceased, Appellee

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2010-0265-P-1). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's award of exemplary damages against Corrine and Sam for conversion. We reverse and remand the trial court's award of exemplary damages against Sam for breach of fiduciary duty and remand the case for a review of that exemplary damage award in light of the reduced actual damages. In all other respects, we affirm the trial court's judgment.

We further order that the appellants and appellee shall each pay one half of all costs of appeal.

RENDERED JULY 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk